1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FRANCISCO AGUILAR, | ) | Case No.: C 09-00532 PVT |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING DEADLINE FOR** |
| | ) | **PLAINTIFF TO FILE EITHER A "CONSENT** |
| v. | ) | **TO PROCEED BEFORE A UNITED STATES** |
| | ) | **MAGISTRATE JUDGE," OR ELSE A** |
| CHASE HOME FINANCE LLC, et al., | ) | **"DECLINATION TO PROCEED BEFORE A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE AND** |
| Defendants. | ) | **REQUEST FOR REASSIGNMENT"** |
| _____ | ) | |

    Defendants First American Loanstar Trustee Services, Chase Home Finance LLC and JP Morgan Chase Bank N.A. have moved to dismiss the complaint and noticed a hearing for April 7, 2009.  This case has been assigned to a Magistrate Judge.  Before the court takes any action on the respective motions to dismiss, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge.  Therefore,

    IT IS HEREBY ORDERED that no later than March 4, 2009, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

1 | website at www.cand.uscourts.gov.

2 | Dated:   *February 25, 2009*

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge