1

2

3

4                                                      **E-FILED on**   05/11/09

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11

12   FRANCISCO J. AGUILAR,                    No. C-09-00532 RMW

13              Plaintiff,

14        v.                                  ORDER GRANTING DEFENDANTS'
                                              MOTIONS TO DISMISS
15   CHASE HOME FINANCE, LLC, JP
     MORGAN CHASE BANK N.A., FIRST            **[Re Docket No. 4, 11, 20, 22]**
16   AMERICAN LOANSTAR TRUSTEE
     SERVICES, and DOES 1-50, inclusive,
17
                Defendants.
18

19

20        Defendants Chase Home Finance, LLC, JP Morgan Chase Bank N.A., and First American

21   Loanstar Trustee Services move to dismiss plaintiff Francisco J. Aguilar's complaint.  No opposition

22   to the motions has been filed.  The complaint does not allege factual basis giving rise to a claim for

23   relief.  For example, it seems that the loan documents did not need to be provided in Spanish,

24   because California Civil Code § 1632(b) requires only that translated documents must be provided

25   for "[a] loan or extension of credit secured *other than by real property*, or unsecured, for use

26   primarily for personal, family, or household purposes." Cal. Civ. Code § 1632(b) (emphasis added).

27   It also does not appear to be a legal requirement that possession of an original promissory note is

28   necessary to initiate a non-judicial foreclosure.  The court therefore grants the motions to dismiss.

**United States District Court**
For the Northern District of California

ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS—No. C-09-00532 RMW
JAS

1    The court is reluctant to grant leave to amend since counsel was unprepared to explain to the

2 court how plaintiff could successfully amend.  Nevertheless, given that leave to amend should be

3 liberally granted, plaintiff is given twenty days leave to amend.

4

5

6

7 DATED:        05/09/09

8 RONALD M. WHYTE
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

James Edward Curtis , IV              jamescurtis@msn.com

**Counsel for Defendants:**

John M. Sorich                              jsorich@adorno.com
Sung-Min Christopher Yoo           cyoo@adorno.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**  _____05/11/09_____                       _____JAS_____
                                                                                **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS—No. C-09-00532 RMW
JAS                                                                      3