**E-FILED on** 06/19/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO J. AGUILAR, | No. C-09-00532 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| CHASE HOME FINANCE, LLC, JP MORGAN CHASE BANK N.A., FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, and DOES 1-50, inclusive, | |
| Defendants. | |

On May 11, 2009, the court dismissed plaintiff Francisco Aguilar's complaint for failure to state a claim upon which relief can be granted and gave plaintiff twenty days leave to amend. No amendment to the complaint has been filed. Therefore,

IT IS HEREBY ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED:     06/19/09

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-00532 RMW
JAS

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiff:**

3 James Edward Curtis , IV          jamescurtis@msn.com

4 **Counsel for Defendants:**

5 John M. Sorich                    jsorich@adorno.com
  Sung-Min Christopher Yoo          cyoo@adorno.com

7 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

10 **Dated:**   06/19/09                              JAS
                                          **Chambers of Judge Whyte**